# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Merle William Overholser , | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:14-cv-00200 |
| | ) | |
| vs. | ) | |
| | ) | |
| Chase Home Finance, LLC , | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Plaintiff's Notice of Acceptance of Offer of Judgment Pursuant to Rule 68 and Defendant's Offer of Judgment filed June 9, 2015.

_____

Frank G. Johns, Clerk
United States District Court